IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARVIND M. PATEL,

                Plaintiff,                          ORDER

       v.                                          11-cv-6-wmc

UNITED STATES DEPARTMENT
OF STATE, *et al.*,

                Defendants.

---

      Plaintiff Arvind M. Patel, also known as Sailash Shah, has filed a lawsuit against the United States Department of State and two diplomatic security agents, concerning delays in processing and denial of a passport application. After dismissing several claims, the court allowed Patel to amend his complaint. Consistent with the amended scheduling order in this case, the defendants have filed motions to dismiss (Dkts. #47, #57), which are currently under advisement.

      The amended scheduling order reflects that this case is set for trial on June 10, 2013. So that the parties may prepare accordingly, the court will stay all upcoming deadlines in the scheduling order pending resolution of the above-referenced motions and any other issues that are presently under advisement.

ORDER

IT IS ORDERED that:

1. All remaining deadlines in the amended scheduling order (Dkt. #41), are STAYED until further notice.

2. The court will enter a new scheduling order once the pending motions have been resolved.

Entered this 14th day of March, 2013.

            BY THE COURT:

            /s/

            _____
            WILLIAM M. CONLEY
            District Judge