IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARVIND M. PATEL,

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

v.                                                     11-cv-6-wmc

UNITED STATES DEPARTMENT OF STATE,
JOSIAH L. KEATS and 2ND FEDERAL AGENT,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motions to dismiss and dismissing this case with prejudice for plaintiff's repeated failure to state a claim upon which relief may be granted.

    /s/                                                       8/6/2013
Peter Oppeneer, Clerk of Court                       Date